IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRENCE G. KUCERA and LINDA L. LARSEN, f/k/a LINDA L. KUCERA, | ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV363 |
| vs. | ) ) | ORDER |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant and Counterclaim Plaintiff, | ) ) ) ) | |
| vs. | ) ) | |
| TERRENCE G. KUCERA and LINDA L. LARSEN, f/k/a LINDA L. KUCERA, | ) ) ) | |
| Counterclaim Defendants, | ) ) | |
| and | ) ) | |
| MATTHEW KNOBLAUCH and AARON SMEALL, | ) ) ) | |
| Counterclaim Defendants, and Counterclaim Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Counterclaim Defendant. | ) | |

This matter is before the court following a telephone conference with counsel on September 13, 2012. Jessica S. Reimelt represented the United States of America. Matthew Knoblauch represented himself. Although the parties had previously provided the court with notice of settlement, counsel requested additional time to complete settlement and file dismissal documents. Accordingly,

**IT IS ORDERED that:**

1. **On or before October 17, 2012**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, the court will hold a telephone conference on **October 17, 2012, at 10:00 a.m.** Counsel for the United States of America shall initiate the conference with the undersigned magistrate judge and participating counsel.

DATED this 13th day of September, 2012.

BY THE COURT:

 s/ Thomas D. Thalken
 United States Magistrate Judge
