## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRENCE G. KUCERA and LINDA L. LARSEN a/k/a LINDA L. KUCERA,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>UNITED STATES OF AMERICA,  )<br>)<br>Defendant.  )<br>_____)<br>UNITED STATES OF AMERICA,  )<br>)<br>Counterclaim Plaintiff,  )<br>v.  )<br>)<br>TERRENCE G. KUCERA, LINDA L. LARSEN )<br>a/k/a LINDA L. KUCERA, MATTHEW  )<br>KNOBLAUCH and AARON SMEALL,  )<br>)<br>Counterclaim Defendants.  ) | Case No. 8:11-cv-00363-JFB-TDT |

### STIPULATION TO DISMISS TERRENCE G. AND LINDA L. KUCERA'S CLAIMS AGAINST THE UNITED STATES AND STIPULATION TO DISMISS THE UNITED STATES' COUNTERCLAIM AGAINST TERRENCE G. AND LINDA L. KUCERA

The United States and Terrence G. and Linda L. Kucera a/k/a Linda L. Larsen ("the Kuceras") stipulate that the Kuceras' claims against the United States in the above-captioned case (Doc. #1) be dismissed with prejudice, and the United States's counterclaim against the Kuceras (Doc. #13, United States' Counter-Claim Counts I-II) be dismissed with prejudice, the United States and the Kuceras to bear their own costs, including any possible attorney fees or other expenses of litigation.

The claims brought by the United States against Aaron Smeall and Matthew Knoblauch, and their respective claims against the United States, are not dismissed.

Dated: October 16, 2012.

                                                s/Jessica S. Reimelt
Jessica S. Reimelt (Maryland bar)
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, Post Office Box 7238
Washington, D.C. 20044
Telephone: (202) 307-2176
Fax: (202) 514-6770
Email: jessica.s.reimelt@usdoj.gov
*Attorney for the United States*

Dated: October 16, 2012.

                                                s/James F. Cann (signed with permission)
James F. Cann, #21458
Koley Jessen P.C., L.L.O
One Pacific Place, Suite 800
1125 S. 103rd Street
Omaha, NE 68124-1079
Telephone: (402) 390-9500
Fax: (402) 390-9005
E-mail: james.cann@koleyjessen.com
*Attorney for Terrence and Linda Kucera*

IT IS SO ORDERED, dated this __2nd__ day of __November__, 2012.

                                                _____
JOSEPH F. BATAILLON
United States District Judge

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been filed electronically with the Court's CM/ECF System on October 16, 2012, which served notice upon all who have entered an appearance in this case.

s/Jessica S. Reimelt
JESSICA S. REIMELT
