IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRENCE G. KUCERA and LINDA L. LARSEN a/k/a LINDA L. KUCERA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br><br>Counterclaim Plaintiff,<br>v.<br><br>TERRENCE G. KUCERA, LINDA L. LARSEN a/k/a LINDA L. KUCERA, MATTHEW KNOBLAUCH and AARON SMEALL,<br><br>Counterclaim Defendants. | Case No. 8:11-cv-00363-JFB-TDT |

## ORDER OF DISMISSAL

Before the Court is the Stipulation filed by the United States and Matthew Knoblauch. (Doc. # 55). It is ORDERED that based on the stipulation entered into between Matthew Knoblauch and the United States, the Court finds as follows:

    1. The United States and Matthew Knoblauch ("Knoblauch") stipulate that Knoblauch's claims against the United States in the above-captioned case (Doc. #28) be dismissed with prejudice, and the United States's counterclaim against Knoblauch (Doc. #13, United States' Counter-Claim Count III) be dismissed with prejudice;

    2.  Each party agrees to bear its own litigation expenses including costs and attorney's fees.

    3.  This case is dismissed.

IT IS SO ORDERED, this 28th day of November, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge